UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TOWER HILL PRIME INSURANCE
COMPANY, a Florida corporation as
subrogee of MARC & MONICA
SCHNEIDER,

    Plaintiff,

v.                                              Case No:  2:13-cv-812-FtM-29DNF

TRULY NOLEN OF AMERICA, INC., a
foreign corporation,

    Defendant.
_____

## REPORT AND RECOMMENDATION

On March 6, 2014, the Court entered an Order to Show Cause (Doc. 18) requiring Plaintiff, within seven (7) days, to show good cause why this case should not be dismissed for failure to prosecute.  This seven (7) day time period has expired and Plaintiff failed to show cause for its failure to prosecute.  Local Rule 3.10, "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."  Here, given Plaintiff's failure to prosecute its case and to respond to the Court's Order to Show Cause, the Court recommends that this case be dismissed.

    **IT IS RESPECTFULLY RECOMMENDED:**

    That the District Court dismiss this case due to Plaintiff's failure to prosecute.

**Recommended in Chambers** in Fort Myers, Florida on March 31, 2014.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties