UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TOWER HILL PRIME INSURANCE
COMPANY, a Florida corporation as
subrogee of MARC & MONICA
SCHNEIDER,

      Plaintiff,

v.                                                      Case No:  2:13-cv-812-FtM-29DNF

TRULY NOLEN OF AMERICA, INC., a
foreign corporation,

      Defendant.
_____

## AMENDED REPORT AND RECOMMENDATION[1]

On March 6, 2014, the Court entered an Order to Show Cause (Doc. 18) requiring Plaintiff, within seven (7) days, to show good cause why this case should not be dismissed for failure to prosecute.  This seven (7) day time period has expired and Plaintiff failed to show cause for its failure to prosecute.  Local Rule 3.10, "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."  Here, given Plaintiff's failure to prosecute its case and to respond to the Court's Order to Show Cause, the Court recommends that this case be dismissed.

---

[1] Report and Recommendation amended to add notice on page 2 notifying parties that objections to this Amended Report and Recommendation may be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02

**IT IS RESPECTFULLY RECOMMENDED:**

That the District Court dismiss this case due to Plaintiff's failure to prosecute.

**Recommended in Chambers** in Fort Myers, Florida on April 1, 2014.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date it is served on the parties shall bar an aggrieved party from a de novo determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02

Copies furnished to:

Counsel of Record
Unrepresented Parties